IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**EDWARD DENELL HARVEY**                                                            **PLAINTIFF**

v.                              **CASE NO. 5:13CV00194 BSM**

**ARKANSAS COUNTY DETENTION CENTER, et al.**                        **DEFENDANTS**

## ORDER

The partial recommended disposition filed by Magistrate Judge Beth Deere has been reviewed. No objections have been filed. After careful consideration, the partial recommended disposition should be, and hereby is, approved and adopted in all respects.

Accordingly, Mr. Harvey's claims against the Arkansas County Detention Center are dismissed with prejudice, and Mr. Harvey's negligence claim is dismissed without prejudice.

IT IS SO ORDERED this 23rd day of August 2013.

_____
UNITED STATES DISTRICT JUDGE